DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH SELDEN SAVITT,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF ELDER AFFAIRS, OFFICE OF PROFESSIONAL AND PUBLIC GUARDIANS**
Appellee.

No. 4D19-1121

[February 6, 2020]

Appeal from the State of Florida, Department of Elder Affairs; DOAH Case No. 18-0811; OPPG Case No. 2016-0003.

Nancy E. Wright, Gainesville, for appellant.

Ashley Moody, Attorney General, and Bilal Ahmed Faruqui, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***